## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

US Airways, Inc. and AIG,                               :
                             Petitioners          :
                                            :
       v.                                                        :
                                            :
Workers' Compensation Appeal Board       :
(Genovese-Smith),                                         :
                            Respondent          :          No. 1278 C.D. 2015

## **O R D E R**

NOW, June 29, 2016, upon consideration of respondent's "motion for reconsideration or reargument" and petitioner's answer in response thereto, the motion is denied.

MARY HANNAH LEAVITT,
President Judge
